IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
READY MIX CONCRETE, INC.

Plaintiff

vs                                             CIVIL 98-2235CCC

UNITED STATES FIDELITY &
GUARANTY COMPANY, THE ST. PAUL
COMPANIES, INC., RELIABLE
MECHANICAL, INC., GALEAR, INC. and
JOHN DOES 1 THROUGH 25,
INCLUSIVE

Defendants

## PARTIAL JUDGMENT

For the reasons stated in our Order of this same date, the Motion for Summary Judgment (**docket entry 8**) is GRANTED and partial judgment is entered ordering the defendants United States Fidelity & Guaranty Company, the St. Paul Companies, Inc., Reliable Mechanical, Inc. and Galear, Inc. to pay to Ready Mix Concrete, Inc. the amount of $25,383.38 plus accrued legal interest commencing on the date on which each invoice was due and payable, attorney's fees, costs and expenses.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 24, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)