## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
READY MIX CONCRETE, INC.

**Plaintiff**

VS                                          CIVIL 98-2235CCC

UNITED STATES FIDELITY &
GUARANTY COMPANY, THE ST. PAUL
COMPANIES, INC., RELIABLE
MECHANICAL, INC., GALEAR, INC. and
JOHN DOES 1 THROUGH 25,
INCLUSIVE

**Defendants**

ENTERED ON DOCKET
3-27-00 _____ PURSUANT

TO FRCP RULES 58 & 79a

RECEIVED & FILED
00 MAR 27 PM 5: 24
CLERK'S OFFICE
U.S. DISTRICT COURT
SAN JUAN, PR

### PARTIAL JUDGMENT

For the reasons stated in our Order of this same date, this action is DISMISSED as to all

John Doe defendants.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on March 24, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

s/c: E. Totti
S. Ramirez
M. Rodriguez
3-27-00

AO 72A
(Rev.8/82)