IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
READY MIX CONCRETE, INC.

Plaintiff

vs

CIVIL 98-2235CCC

UNITED STATES FIDELITY &
GUARANTY COMPANY, THE ST. PAUL
COMPANIES, INC., RELIABLE
MECHANICAL, INC., GALEAR, INC. and
JOHN DOES 1 THROUGH 25,
INCLUSIVE

Defendants

## ORDER

The Motion to Join Third Party (**docket entry 10**) is GRANTED. Defendants/third-party plaintiffs shall serve summons upon third party defendants within the term of forty-five (45) days after notice.

SO ORDERED.

At San Juan, Puerto Rico, on March 24, 2000.

CARMEN CONSUELO CEREZO
United States District Judge