IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
READY MIX CONCRETE, INC.

Plaintiff

vs

UNITED STATES FIDELITY &
GUARANTY COMPANY, THE ST. PAUL
COMPANIES, INC., RELIABLE
MECHANICAL, INC., GALEAR, INC. and
JOHN DOES 1 THROUGH 25,
INCLUSIVE

Defendants

CIVIL 98-2235CCC

## ORDER

Having considered the Motion Requesting Nunc Pro Tunc Amendment of the Bill of Costs and Defendant's Response (**docket entries 33 and 35**), the same is GRANTED.

Having further considered the motion for Bill of Costs and Defendant's Objection (**docket entries 28 and 29**) the same is GRANTED.

SO ORDERED.

At San Juan, Puerto Rico, on May 25, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)