IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF
AMERICA
FOR THE USE AND BENEFIT OF
READY MIX CONCRETE INC.

Plaintiff

vs.                                                              CIVIL NO. 98-2235CCC

UNITED STATES FIDELITY &
GUARANTY COMPANY, THE ST. PAUL
COMPANIES, INC., RELIABLE
MECHANICAL, INC., GALEAR, INC. and
JOHN DOES 1 THROUGH 25,
INCLUSIVE

Defendants

**ORDER**

Having considered the Motion for Leave to Withdraw as Counsel (**docket entry 40**), the same is GRANTED. The Clerk of court to take notice that attorney Etienne Totti-del-Valle will be **plaintiff's** new counsel.

At San Juan, Puerto Rico, on July 19, 2000.

CARMEN CONSUELO CEREZO
U.S. District Judge

AO 72A
(Rev.8/82)