IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**          August 1, 2000

BEFORE HON. CARMEN CONSUELO CEREZO
United States District Judge

THE UNITED STATES OF AMERICA, etc.

vs                                   CIVIL 98-2235CCC

UNITED STATES FIDELITY & GUARANTY
COMPANY, et al



By order of the Court, the Petition for Attorney's Fees (**docket entry 34**) is DENIED without prejudice to be renewed pending resolution of the appeal. Parties to be notified.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　 - Secretary

