IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF
AMERICA
FOR THE USE AND BENEFIT OF
READY MIX CONCRETE, INC.

Plaintiff

vs                                                        CIVIL 98-2235CCC

UNITED STATES FIDELITY &
GUARANTY COMPANY, THE ST. PAUL
COMPANIES, INC., RELIABLE
MECHANICAL, INC., GALEAR, INC. and
JOHN DOES 1 THROUGH 25,
INCLUSIVE

Defendants
_____

RELIABLE MECHANICAL, INC.

Third-Party Plaintiff

vs

ARMANDO A. DIAZ-CRUZ

Third-Party Defendant
_____

## ORDER

Galear, Inc. and Armando A. Díaz-Cruz are GRANTED a final term of fifteen (15) days after notice to respond to Reliable Mechanical Inc.'s Motion for Summary Judgment (docket entry 42). Failure to do so will result in the immediate consideration of the unopposed submitted motion.

SO ORDERED.

At San Juan, Puerto Rico, on August 21, 2000.

CARMEN CONSUELO CEREZO
United States District Judge

AO 72A
(Rev.8/82)