# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**                                     October 24, 2000

**BEFORE HON. CARMEN CONSUELO CEREZO**
United States District Judge

UNITED STATES OF AMERICA

vs                                                             CIVIL 98-2235CCC

UNITED STATES FIDELITY AND
GUARANTY COMPANY, et al

By order of the Court, Reliable Mechanical, Inc. shall reply to the Opposition to Motion for Summary Judgment (**docket entry 47**) on or before November 9, 2000. Parties to be notified.

                                                               - Secretary