IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
READY MIX CONCRETE, INC.

Plaintiff

vs                                                    CIVIL 98-2235CCC

UNITED STATES FIDELITY & GUARANTY
COMPANY, THE ST. PAUL COMPANIES,
INC., RELIABLE MECHANICAL, INC.,
GALEAR, INC. and
JOHN DOES 1 THROUGH 25, INCLUSIVE

Defendants
_____

RELIABLE MECHANICAL, INC.

Third-Party Plaintiff

vs

ARMANDO A. DIAZ-CRUZ

Third-Party Defendant

## ORDER

Having considered the Motion to Amend Judgment of Dismissal filed by defendant Reliable Mechanical, Inc. (**docket entry 52**) and the opposition filed by Armando Díaz-Cruz and Galear, Inc. (**docket entry 53**), the same is DENIED. Dismissal of the action, and not just


AO 72A
(Rev.8/82)



stay of the proceedings, was appropriate once the Court determined upon entering Judgment (see docket entry 51) that all the issues still pending before it had to be submitted to arbitration. Bercovitch v. Baldwin School, Inc., 133 F.3d 141, 156 n. 21 (1st Cir. 1998).

SO ORDERED.

At San Juan, Puerto Rico, on May 4, 2001.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to ( )
attys/pts
In ICMS

MAY - 9 2001

AO 72A
(Rev.8/82)