AO 133    (Rev 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

for the      District of    Puerto Rico

THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
READY MIX CONCRETE, INC.
V.
UNITED STATE FIDELITY &
GUARANTY COMPANY, et al.

## BILL OF COSTS

Case Number: 98-2235 (CCC)

Judgment having been entered in the above entitled action on March 27, 2000 against Defendants ,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ................................................................ | $ 150.00 ✓ |
| Fees for service of summons and subpoena.................................... | 71.90 ✓ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing ......................................... | |
| Fees for witnesses (itemize on reverse side)................................. | |
| Fees for exemplification and copies of papers necessarily obtained for use in the case.............. | 144.25 ✓ |
| Docket fees under 28 U.S.C. 1923 ............................................ | |
| Costs as shown on Mandate of Court of Appeals ............................ | |
| Compensation of court-appointed experts .................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ....... | 1,043.01 |
| Other costs (please itemize)................................................... | |
| TOTAL | $ 1,411.15 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was mailed today with postage prepaid to: Counsel for all Defendants .

Signature of Attorney: _____

Name of Attorney:    JOSE R. GONZALEZ

For:   Plantiff, Ready Mix Concrete, Inc.         Date: April 10, 2000

Name of Claiming Party

Costs are taxed in the amount of    $357.80         and included in the judgment.

FRANCES RIOS DE MORAN
CLERK OF COURT        By: Jose M. Morah      7/19/01

Clerk of Court                 Deputy Clerk           Date