

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
READY MIX CONCRETE, INC.

Plaintiff

vs                                    CIVIL 98-2235CCC

UNITED STATES FIDELITY & GUARANTY
COMPANY, THE ST. PAUL COMPANIES,
INC., RELIABLE MECHANICAL, INC.,
GALEAR, INC. and
JOHN DOES 1 THROUGH 25, INCLUSIVE

Defendants
_____

RELIABLE MECHANICAL, INC.

Third-Party Plaintiff

vs

ARMANDO A. DIAZ-CRUZ

Third-Party Defendant
_____

**ORDER**

Having considered the Motion Requesting Order (**docket entry 56**) filed by plaintiff on September 26, 2001, the same is GRANTED. Accordingly, defendant United States Fidelity & Guaranty Company is ORDERED to answer the interrogatory dated July 23, 2001, submitted to it as Judgment Debtor pursuant to Rule 69, Fed.R.Civ.P., within the final term of fifteen (15) days after notice.

SO ORDERED.

At San Juan, Puerto Rico, on October 11, 2001.

CARMEN CONSUELO CEREZO
United States District Judge

