# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**  November 1, 2001

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
READY MIX CONCRETE, INC.

Plaintiff

vs                                              CIVIL 98-2235CCC

UNITED STATES FIDELITY & GUARANTY
COMPANY, et al

vs

Defendants

RELIABLE MECHANICAL, INC.

Third Party Plaintiff

vs

ARMANDO A. DIAZ-CRUZ

Third Party Defendant


By order of the Court St. Paul companies, Inc. d/b/a United States Fidelity & Guaranty Company and Reliable Mechanical, Inc.'s Motion for Extension to Submit Answer to Interrogatory (**docket entry 58**) is GRANTED as requested. Failure to comply with this deadline will result in the imposition of sanctions on the judgment debtors. Parties to be notified.

                                                      - Secretary