# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS**        February 15, 2002

**BEFORE HON. CARMEN CONSUELO CEREZO**
**United States District Judge**

THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
READY MIX CONCRETE, INC.

Plaintiff

vs                                                          CIVIL 98-2235CCC

UNITED STATES FIDELITY & GUARANTY
COMPANY, et al

vs

Defendants

RELIABLE MECHANICAL, INC.

Third Party Plaintiff

vs

ARMANDO A. DIAZ-CRUZ

Third Party Defendant


By order of the Court Reliable Mechanical, Inc. will respond, within fifteen (15) days after notice, to paragraph 3 of third-party defendant Armando A. Díaz-Cruz' Motion in Compliance with Order of January 16, 2002 (**docket entry 62**). Parties to be notified.

s/cs:to (3)
attys/pts
in ICMS

- Secretary