IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
READY MIX CONCRETE, INC.

Plaintiff

vs                                                                      CIVIL 98-2235CCC

UNITED STATES FIDELITY & GUARANTY
COMPANY, THE ST. PAUL COMPANIES,
INC., RELIABLE MECHANICAL, INC.,
GALEAR, INC. and
JOHN DOES 1 THROUGH 25, INCLUSIVE

Defendants
_____

RELIABLE MECHANICAL, INC.

Third-Party Plaintiff

vs

ARMANDO A. DIAZ-CRUZ

Third-Party Defendant
_____

## ORDER

On January 9, 2001 we entered Judgment (see docket entry 51) on the third-party complaint so that Reliable Mechanical, Inc. and Armando A. Díaz-Cruz could proceed to arbitration. Over one year later, this has not yet happened. Díaz-Cruz in his Motion in Compliance (**docket entry 62**) argues for San Juan as the site of arbitration under the contract between Ready Mix Concrete, Inc. and Galear, Inc. As pointed out by Reliable Mechanical, Inc. in its response of February 22, 2002 (**docket entry 64**), the issues being resolved are between Reliable Mechanical, Inc., not Ready Mix Concrete, Inc., and Galear, Inc. The sub-contract between these parties designates Louisville, Kentucky, as the site for arbitration.



CIVIL 98-2235CCC                                    2

Accordingly, Díaz-Cruz is hereby ORDERED to submit to arbitration of the remaining issues in Louisville, Kentucky, within fifteen (15) days after notice of this order.

SO ORDERED.

At San Juan, Puerto Rico, on April 12, 2002.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to (7)
attys/pts
in ICMS

APR 1 5 2002