IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

THE UNITED STATES OF AMERICA
FOR THE USE AND BENEFIT OF
READY MIX CONCRETE, INC.

Plaintiff

vs                                          CIVIL 98-2235CCC

UNITED STATES FIDELITY & GUARANTY
COMPANY, THE ST. PAUL COMPANIES,
INC., RELIABLE MECHANICAL, INC.,
GALEAR, INC. and
JOHN DOES 1 THROUGH 25, INCLUSIVE

Defendants

---

RELIABLE MECHANICAL, INC.

Third-Party Plaintiff

vs

ARMANDO A. DIAZ-CRUZ

Third-Party Defendant

## ORDER

Having considered the Motion Under Rule 59(e) of the Federal Rules of Civil Procedure filed by third-party defendant Armando A. Díaz-Cruz (Díaz-Cruz) on April 25, 2002 (**docket entry 66**), which stands unopposed, the same is GRANTED. The sole issue with respect to arbitration between Reliable Mechanical, Inc. (RMI) and Díaz-Cruz as guarantor of sub-contractor Galear, Inc. (Galear) is the site of arbitration: whether in Kentucky, U.S.A. or San Juan, Puerto Rico. We entered an Order on April 15, 2002 ordering Díaz-Cruz to submit the dispute between RMI and Galear/Díaz-Cruz to arbitration in Kentucky based on the subcontract between RMI and Galear dated November 9, 1995 and signed by the parties on January 8 and 9, 1996. This contract was submitted by RMI in support of its motion for summary judgment (**docket entry 42**). Upon reviewing the entire file and the contract submitted by Díaz-Cruz

in support of his motion that arbitration be held in San Juan (**docket entry 66**), the Court determines that the sub-contract applicable to this case is the one between RMI and Galear dated November 18, 1996, not the November 9, 1995 sub-contract between the parties. The reason for this is that the plaintiffs' complaint against RMI, Galear and others was for United States contract number N62470-92-C-2060 NAVFAC specification number 05-92-2060. This is the same contract number identified in the November 18, 1996 sub-contract between RMI and Galear. Upon closer inspection, we have become aware that the November 9, 1995 sub-contract between RMI and Galear previously submitted by RMI refers to a different contract which number is N62470-94-C-4135.

Since the applicable sub-contract of November 18, 1996 for work on contract N62470-92-C-2060 modified Article 11.3 by virtue of the sub-contract clarification from Galear dated November 26, 1996, included as Exhibit L to the contract, to the effect that "any arbitration pursuant to this agreement will be held in San Juan, Puerto Rico," it is hereby determined that RMI, Galear and Díaz-Cruz shall submit to arbitration in San Juan, Puerto Rico, as agreed to in the sub-contract dated November 18, 1996, within the final term of twenty (20) days after notice.

SO ORDERED.

At San Juan, Puerto Rico, on August 27, 2002.

CARMEN CONSUELO CEREZO
United States District Judge

s/cs:to ( )
attys/pts
in ICMS

AUG 2 9 2002